JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA RODAS,<br><br>        Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY, a corporation; UNITEDHEALTH GROUP LONG-TERM DISABILITY PLAN, an ERISA plan; UNITEDHEALTH GROUP INCORPORATED, a corporation; DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. EDCV 13-2203 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    In accordance with the Court's Findings of Facts and Conclusions of Law, the Court enters Judgment in favor of Plaintiff in this matter.

    Defendants, UnitedHealth Group Incorporated and UnitedHealth Group Long-Term Disability Plan (The Plan), shall pay to the Plaintiff all accrued unpaid benefits due to her during the 24 month "Own Occupation" period spanning from September 26, 2011

until September 26, 2013, plus 10% interest per annum pursuant to California Insurance Code § 10111.2. District courts have discretion to grant an award of prejudgment interest in ERISA matters to compensate a plaintiff for the loss incurred as a result of the defendants' nonpayment of benefits. <u>Dishum v. Unum Life Ins. Co. of Am.</u>, 269 F.3d 974, 988 (9th Cir. 2001). Defendants unreasonably denied Plaintiff's benefits, and as such, the equities of this case merit the application of the interest rate provided by California Insurance Code § 10111.2. See <u>Arnett v. Hartford Life and Acc. Ins. Co.</u>, No. CV 05-01527 DDP (SHx), 2006 WL 5781982 (C.D. Cal. Dec. 19, 2006).

Plaintiff may file a properly supported motion for attorney's fees and costs, which the Court will consider in its discretion.

Plaintiff's claim is hereby referred to Standard Insurance Company to determine Plaintiff's eligibility for continued benefits during the "Any Occupation" period of the plan.

IT IS SO ORDERED.

Dated: September 10, 2015

THE HONORABLE JESUS G. BERNAL
United States District Judge

2